# BAUMAN *v.* ROSS.

## ROSS *v.* BAUMAN.

District of Columbia *v.* Armes, 8 App. D. C. 393, *applied* and *followed.*

Nos. 626 and 627. Submitted September 29, 1896. Decided September 29, 1896.

HEARING on an appeal from a judgment in condemnation proceedings instituted under the Act of Congress of March 2, 1893 (27 Stat. 332), providing for a permanent system of highways in the District of Columbia outside of the cities of Washington and Georgetown. *Affirmed.*

*Mr. Nathaniel Wilson, Mr. Chapin Brown* and *Mr. A. H. O'Connor* for Bauman.

*Mr. S. T. Thomas,* Attorney for the District of Columbia; *Mr. A. B. Duvall,* Assistant Attorney, and *Mr. A. S. Worthington* and *Mr. Samuel Maddox,* special counsel, for Ross.

Mr. Chief Justice ALVEY delivered the opinion of the Court:

In the case of the *District of Columbia, appellant,* against *Charles H. Armes and others,* No. 552, January Term, 1896, (8 App. D. C. 393,) this court had occasion to consider the questions of law which are now here raised by the appeal and cross-appeal from the decree of the court below set forth in the record. On the authority of that case, the decree herein of the Supreme Court of the District of Columbia, holding a District Court of the United States for said District, must be *affirmed, with costs; and it is so ordered.*